WRIGHT, FINLAY & ZAK, LLP
Jonathan M. Zak, Esq., SBN 121592
Gwen H. Ribar, Esq., SBN 188024
James J. Ramos, Esq., SBN 252916
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Bonner/Pleadings/Notice of Removal)*
(949) 477-5050; Fax: (949) 477-9200
jzak@wrightlegal.net; gribar@wrightlegal.net
jramos@wrightlegal.net;

Attorneys for Defendants, SELECT PORTFOLIO SERVICING, INC., TIMOTHY J. O'BRIEN, JASON H. MILLER, MATTHEW L. HOLLINGSWORTH

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. BONNER, | Case No.: CV10 611 EMC |
| Plaintiff, | **REQUEST FOR DISMISSAL OF ACTION AND REQUEST FOR RETURN OF FEES** ; ORDER |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC.; TIMOTHY J. O'BRIEN; BRYAN M. MARSHALL; JASON H. MILLER; MATTHEW L. HOLLINGSWORTH; ENCORE CREDIT CORP; OPTION ONE MORTGAGE CORP and DOES 1 through 100, | |
| Defendants. | |

TO THE CLERK OF THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OR RECORD:

**PLEASE TAKE NOTICE** that Defendant SELECT PORTFOLIO SERVICING, INC., TIMOTHY J. O'BRIEN, JASON H. MILLER, MATTHEW L. HOLLINGSWORTH (hereinafter known collectively as "Defendants") hereby request that the Notice of Removal of Action Pursuant to 28 U.S.C. § 1441(b) – (Federal Question) filed on February 11, 2010, against the above-captioned Plaintiff be dismissed as a result of a clerical error that allowed duplicate removals being filed for the same Plaintiff.

Defendants' also request a refund of the removal fee in the amount of $350.00 filed with this removal on February 11, 2010, Receipt No. 34611042283.

WRIGHT, FINLAY & ZAK, LLP

Dated: February 12, 2010    By:   /s/ Gwen H. Riber
Jonathan M. Zak, Esq.,
Gwen H. Ribar, Esq.,
James J. Ramos, Esq.,
Attorneys for Defendants,
SELECT PORTFOLIO SERVICING, INC.,
TIMOTHY J. O'BRIEN,
JASON H. MILLER,
MATTHEW L. HOLLINGSWORTH

**IT IS SO ORDERED**

Dated: 2/22/10

United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

REQUEST FOR DISMISSAL OF ACTION AND REQUEST FOR RETURN OF FEES

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Steven E. Bennett, declare as follows: |
| 3 | |
| 4 | I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. |
| 7 | |
| 8 | On February 12, 2010, I served the within **REQUEST FOR DISMISSAL OF ACTION AND REQUEST FOR RETURN OF FEES** on all interested parties in this action as follows: |
| 9 | [X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows: |
| 11 | Charles A. Bonner, Esq. |
| 12 | 1913 Bridgeway |
| | Sausalito, California 94965 |
| 13 | (415) 331-3070 |
| 14 | [X]  BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices, via Certified Mail, Return Receipt Requested. |
| 15 | [ ]  (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee. |
| 16 | [ ]  By ELECTRONIC MAIL:I caused each such document to be transmitted electronically to the parties at the e-mail address indicated above. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed. |
| 19 | [ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service. |
| 22 | [ ]  (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for. |
| 23 | [X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 25 | Executed on February 12, 2010, at Newport Beach, California. |
| 26 | |
| 27 | Steven E. Bennett |
| 28 | |

1

PROOF OF SERVICE